THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK LUIS, Appellant. [716 NYS2d 351] —Motion for renewal denied. Present—Green, J. P., Pine, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOSEPH BARSUK, JR., Defendant. [718 NYS2d 247] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Genesee County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate motion can then be made. The relief requested in the motion is premature (*see, People v Mateo,* 239 AD2d 965; *see also, People v DiPiazza,* 24 NY2d 342). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ. (Filed Sept. 15, 2000.)

In the Matter of SALVATORE J. PIEMONTE, for Reinstatement to the Practice of Law in the State of New York. [716 NYS2d 924] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pigott, Jr., P. J., Green, Pine, Wisner and Scudder, JJ. (Filed Sept. 12, 2000.)